# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DERRICK EUGENE CULLINS,**

    **Petitioner,**

**v.**                                                       Case No. 4:20cv115-AW-HTC

**WAKULLA CORRECTIONAL INSTITUTION,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's May 20, 2020 Report and Recommendation. ECF No. 7. No objections have been filed. The Report and Recommendation is now adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will close the file.

SO ORDERED on June 19, 2020.

                                                      s/ *Allen Winsor*
                                                      United States District Judge